# EXHIBIT "4"

## GUARANTY

As a material inducement to and in consideration of **PHILIPS LAKE WORTH L.P.**, a New York limited partnership ("Landlord"), entering into a written lease (the "Lease") with **ROSS DRESS FOR LESS, INC.**, a Virginia corporation ("Tenant"), dated the same date as this Guaranty, pursuant to which Landlord leased to Tenant and Tenant leased from Landlord premises located in the City of Palm Springs, County of Palm Beach, State of Florida, **ROSS STORES, INC.**, a Delaware corporation ("Guarantor"), whose address is 4440 Rosewood Drive, Mail Stop PL4 4E 2, Pleasanton, CA 94588, guarantees and promises to and for the benefit of Landlord the performance of all obligations of Tenant under the Lease.

The provisions of the Lease may be amended by agreement between Landlord and Tenant at any time provided however Guarantor shall not be bound by any amendment to which is has not consented in writing. Assignment of the Lease (as permitted by the Lease) shall not affect this Guaranty except as specifically set forth in the Lease.

If Tenant defaults with respect to any payment obligation under the Lease, Landlord shall have the right to proceed immediately against Guarantor and/or Tenant, and to enforce against Guarantor and/or Tenant any rights that Landlord may have under the Lease or pursuant to applicable laws with respect to such default. If the Lease terminates and Landlord has any right(s) that it is entitled to enforce against Tenant after termination, Landlord shall have the right to enforce such right(s) against Guarantor.

Guarantor waives the right to require Landlord to (1) proceed against Tenant; (2) proceed against or exhaust any security that Landlord holds from Tenant; or (3) pursue any other remedy in Landlord's power. Guarantor waives any defense by reason of any disability of Tenant. Until all of Tenant's monetary obligations to Landlord under the Lease have been discharged in full, Guarantor has no right of subrogation against Tenant. Guarantor waives its right to enforce any remedies that Landlord now has, or later may have, against Tenant. Guarantor waives any right to participate in any security now or later held by Landlord.

If Landlord is required to enforce Guarantor's obligations by legal proceedings, Guarantor shall pay to Landlord all costs incurred, including, without limitation, reasonable attorneys' fees.

Guarantor's obligations under this Guaranty shall be binding on Guarantor's successors, but shall be no greater than Tenant's or as otherwise set forth in this Lease.

Dated: _September 22, 2009_

**ROSS STORES, INC.,**
**a Delaware corporation**

By: _____
James Fassio
Its:   Executive Vice President

"Palm Springs"
Palm Springs Plaza
Palm Springs, FL
Store No. 1345
MED 0058.v1

FINAL