UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:20-cv-21865-FAM

PALM SPRINGS MILE ASSOCIATES, LTD., a Florida limited partnership, and PHILIPS LAKE WORTH LLC, a Florida limited partnership,

        Plaintiffs,

v.

ROSS DRESS FOR LESS, INC., a Virginia corporation, and ROSS STORES, INC., a Delaware corporation,

        Defendants.

**MOTION TO APPEAR *PRO HAC VICE*,
CONSENT TO DESIGNATION, AND REQUEST TO
ELECTRONICALLY RECEIVE NOTICES OF ELECTRONIC FILING**

In accordance with Local Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission *pro hac vice* of Paul R. Genender ("**Mr. Genender**") of the law firm of Weil, Gotshal & Manges LLP, 200 Crescent Court, Suite 300, Dallas, Texas 75201, Phone: 214-746-7700, for purposes of appearance as co-counsel on behalf of Defendants Ross Dress for Less, Inc., and Ross Stores, Inc. (collectively, "**Defendants**") in the above-styled case only, and pursuant to Rule 2B of the CM/ECF Administrative Procedures, to permit Mr. Genender to receive electronic filings in this case, and in support thereof states as follows:

1. Mr. Genender is not admitted to practice in the Southern District of Florida and is a member in good standing of The Texas Bar and the United States District Court for the Northern District of Texas.

2. Edward Soto, Esquire ("**Movant**"), of the law firm of Weil, Gotshal & Manges LLP, 1395 Brickell Avenue, Suite 1200, Miami, Florida 33131; Phone: 305-577-3100, is a member in good standing of The Florida Bar and the United States District Court for the Southern District of Florida and is authorized to file through the Court's electronic filing system. Movant consents to be designated as a member of the Bar of this Court with whom the Court and opposing counsel may readily communicate regarding the conduct of the case, upon whom filings shall be served, who shall be required to electronically file and serve all documents and things that may be filed and served electronically, and who shall be responsible for filing and serving documents in compliance with the CM/ECF Administrative Procedures. *See* Section 2B of the CM/ECF Administrative Procedures.

3. In accordance with the local rules of this Court, Mr. Genender has made payment of this Court's $200.00 admission fee. A certification in accordance with Rule 4(b) is attached hereto.

4. Mr. Genender, by and through designated counsel and pursuant to Section 2B CM/ECF Administrative Procedures, hereby requests the Court to provide Notice of Electronic Filings to Mr. Genender at email address: paul.genender@weil.com.

WHEREFORE, Edward Soto, moves this Court to enter an Order for Paul R. Genender to appear before this Court on behalf of Defendants, for all purposes relating to the proceedings in the above-styled matter and directing the Clerk to provide notice of electronic filings to Paul R. Genender.

Dated: May 13, 2020  Respectfully submitted,

*/s/ Edward Soto*
Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100
Fax:  (305) 374-7159

*Attorneys for Defendants*
*Ross Dress for Less, Inc., and Ross Stores, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2020, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Southern District of Florida by using the CM/ECF system.  As such, the foregoing was served electronically upon all counsel of record.

*/s/ Edward Soto*
Edward Soto (Fla. Bar No. 0265144)
Edward.Soto@weil.com
1395 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone:  (305) 577-3100

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

Case No. 1:20-cv-21865-FAM

PALM SPRINGS MILE ASSOCIATES, LTD., a Florida limited partnership, and PHILIPS LAKE WORTH LLC, a Florida limited partnership,

        Plaintiffs,

v.

ROSS DRESS FOR LESS, INC., a Virginia corporation, and ROSS STORES, INC., a Delaware corporation,

        Defendants.

**CERTIFICATION OF PAUL R. GENENDER**

Paul R. Genender, Esquire, pursuant to Rule 4(b) of the Rules Governing the Admission, Practice, Peer Review, and Discipline of Attorneys, hereby certifies that: (1) I have studied the Local Rules of the United States District Court for the Southern District of Florida; (2) I am a member in good standing of The Texas Bar and the United States District Court for the Northern District of Texas; and (3) I have not filed three or more motions for pro hac vice admission in this District within the last 365 days.

Dated: May 13, 2020

                                                    */s/ Paul R. Genender*
                                                    Paul R. Genender