UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 20-21865-CIV-MORENO/LOUIS

PALM SPRINGS MILE ASSOCIATES, LTD.,
a Florida limited partnership; and PHILIPS
LAKE WORTH LLC, a Florida limited
Partnership,

    Plaintiffs,

vs.

ROSS DRESS FOR LESS, INC., a
Virginia corporation; and ROSS STORES,
INC., a Delaware corporation,

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiffs PALM SPRINGS MILE ASSOCIATES, LTD. and PHILIPS LAKE WORTH LLC, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismiss this action without prejudice.

    Respectfully submitted,

                         By:      */s/ Kevin C. Kaplan*
                                   Kevin C. Kaplan, Esq.
                                   Florida Bar No. 933848
                                   Alexander J. Hall, Esq.
                                   Florida Bar No. 0112948
                                   kkaplan@coffeyburlington.com
                                   ahall@coffeyburlington.com
                                   lperez@coffeyburlington.com
                                   lmaltz@coffeyburlington.com
                                   service@coffeyburlington.com
                                   **COFFEY BURLINGTON, P.L.**
                                   2601 South Bayshore Drive, Penthouse One
                                   Miami, Florida  33133
                                   Telephone: (305) 858-2900
                                   Facsimile:  (305) 858-5261
                                   *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing generated by CM/ECF, on July 15, 2020, on all counsel or parties of record on the Service List below.

                                           */s/ Kevin C. Kaplan*
                                           Kevin C. Kaplan

| **SERVICE LIST** *Palm Springs Mile Associates, Ltd., et al. v. Ross Dress for Less, Inc., et al.* **Case No. 20-21865-CIV-MORENO/LOUIS** | |
|---|---|
| **Edward Soto, Esq.** Edward.Soto@weil.com **Nicole Comparato, Esq.** Nicole.Comparato@weil.com WEIL, GOTSHAL & MANGES LLP 1395 Brickell Avenue, Suite 1200 Miami, Florida 33131 Telephone: (305) 577-3100 Facsimile: (305) 374-7159 *Counsel for Defendants Ross Dress for Less, Inc., and Ross Stores, Inc.* | **Paul R. Genender, Esq.** (*pro hac vice pending*) Paul.Genender@weil.com **Nathan White, Esq.** (*pro hac vice pending*) Nathan.White@weil.com WEIL, GOTSHAL & MANGES LLP 200 Crescent Court, Suite 300 Dallas, Texas 75201 Telephone: (214) 746-7700 Facsimile: (214) 746-7777 *Counsel for Defendants Ross Dress for Less, Inc., and Ross Stores, Inc.* |

COFFEY | BURLINGTON

2601 South Bayshore Drive, Penthouse, Miami, FL 33133 · T. 305·858·2900 F. 305·858·5261